UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 JUN 27 P 3:07

U.S. DISTRICT
DISTRICT OF

| | |
|---|---|
| CHARLES HADDAD, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-30154-MAP |
| PEGGY KAHN and | ) |
| CIPRIANI ACCESSORIES, INC., | ) |
| Defendants | ) |

## NOTICE OF APPEARANCE FOR THE DEFENDANTS

TO THE CLERK OF COURT:

Please enter my appearance as counsel for Peggy Kahn and Ciriani Accessories, Inc., the defendants in the above-referenced, , all pursuant to Fed. R. Civ. P. 11.

The defendants,

By: /s/ John S. Ferrara

John S. Ferrara, Esq.
Dalsey, Ferrara, Townsend & Albano
73 State Street, Suite 101
Springfield, MA 01103
Tel. No. (413) 736-6971
Fax No. (413) 746-9224
BBO No. 542078
June 27, 2005