| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 05-131 | Trial Court of Massachusetts Superior Court Department County: _____ |
|---|---|---|
| PLAINTIFF(S) Charles Haddad | | DEFENDANT(S) Peggy Kahn and Cipriani Accessories, Inc. |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE (413) 443-6485 Thomas L. Campoli, Esquire P.O. Box 1384, Pittsfield, MA 01202 Board of Bar Overseers number: 071770 | | ATTORNEY (if known) 05CV 30154-MAP |

### Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B03 | MV Negligence - PI | (F) | (XX) Yes  ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................. $4,648.27
2. Total Doctor expenses ............................................. $11,651.31
3. Total chiropractic expenses ....................................... $
4. Total physical therapy expenses .................................. $687.67
5. Total other expenses (describe) .................................. $
   Subtotal $16,987.25
B. Documented lost wages and compensation to date ................ $22,290.00
C. Documented property damages to date ........................... $
D. Reasonably anticipated future medical and hospital expenses .... $10,000.00
E. Reasonably anticipated lost wages ............................... $20,000.00
F. Other documented items of damages (describe)
   $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
   As a result of the accident the plaintiff has been diagnosed with 1) cervical facet syndrome, 2) cervical sprain, 3) thoracic sprain, 4) lumbar sprain 5) lumbar facet syndrome, and 6) lumbar disk herniation. He is left with permanent injuries and impairments    $250,000.00
   TOTAL $319,927.25

Stamp: THE COMMONWEALTH OF MASSACHUSETTS BERKSHIRE, S.S. SUPERIOR COURT FILED MAY 10 2005 Deborah Capeless

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

A True Copy
Attest: Deborah Capeless, Clerk

Provide a detailed description of claim(s):

TOTAL $

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____  DATE: 5/9/05

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

THE COMMONWEALTH OF MASSACHUSETTS
BERKSHIRE, S.S. SUPERIOR COURT

FILED MAY 10 2005

BERKSHIRE, SS.                                    SUPERIOR COURT DEPARTMENT
                                                  OF THE TRIAL COURT
                                                  Civil Action No. 05-131

CHARLES HADDAD,                )
        Plaintiff              )
                               )
    v.                         )    COMPLAINT AND DEMAND FOR
                               )    TRIAL BY JURY ON ALL ISSUES
PEGGY KAHN and CIPRIANI ACCESSORIES )
INC.,                          )
        Defendant              )

## PARTIES

1. The plaintiff, Charles Haddad, is an individual who resides at 33 Silver Street, Great Barrington, Massachusetts.

2. The defendant, Peggy Kahn, is an individual who, upon information and belief, resides at 407 Church Avenue, Cedarhurst, New York 11516.

3. The defendant, Cipriani Accessories, Inc., is a New York Corporation with a principle place of business located at 14-15 Red Fenn Avenue, Far Rockaway, New York 11691.

## COUNT I

4. On September 27, 2002, the plaintiff, Charles Haddad, was a passenger in a car traveling in an easterly direction on Main Street in Great Barrington, Massachusetts.

5. The defendant, Peggy Kahn, was operating a motor vehicle in a northerly direction and was exiting a driveway at Brooks Pharmacy.

6. The defendant, Peggy Kahn, negligently and carelessly operated her motor vehicle as to cause it to collide with the motor vehicle in which the plaintiff was a passenger.

7. As a result thereof the plaintiff, Charles Haddad, sustained serious injuries, suffered great pain of body and mind, incurred substantial medical expenses and lost income, and has been and continues to be prevented from pursuing his normal activities.

A True Copy
Attest: _____ Clerk

WHEREFORE, the plaintiff moves this Court to enter judgment on the Court as follows:

a. Judgment against the defendant, Peggy Kahn, for actual and consequential damages sustained together with interest and costs; and

b. Claim to Trial by Jury on All Issues.

### COUNT II

8. The plaintiff incorporates by reference paragraphs 1 through 7 above.

9. The defendant, Cipriani Accessories, Inc., through its agent and/or person it was legally responsible for, negligently and carelessly operated its motor vehicle as to cause it to collide with the motor vehicle in which the plaintiff was a passenger.

10. As a result thereof the plaintiff, Charles Haddad, sustained serious injuries, suffered great pain of body and mind, incurred substantial medical expenses and lost income, and has been and continues to be prevented from pursuing his normal activities.

WHEREFORE, the plaintiff moves this Court to enter judgment on the Court as follows:

a. Judgment against the defendant, Cipriani Accessories, Inc., for actual and consequential damages sustained together with interest and costs; and

b. Claim to Trial by Jury on All Issues.

Respectfully submitted,

CHARLES HADDAD, Plaintiff

By his attorney,

_____
Thomas L. Campoli, Esquire
CAMPOLI & MONTELONE
27 Willis Street, P.O. Box 1384
Pittsfield, MA 01202
(413) 443-6485
B.B.O. # 0717

A True Copy
Attest: Deborah Capeless
Clerk

# CAMPOLI & MONTELEONE
ATTORNEYS AT LAW
27 WILLIS STREET, P.O. BOX 1384
PITTSFIELD, MASSACHUSETTS 01201
PHONE (413) 443-6485 FAX (413) 448-6233
www.campolilaw.com

THOMAS L. CAMPOLI
J. PERI CAMPOLI
ROBERT A. MONTELEONE, JR.

ANDREW T. CAMPOLI
OF COUNSEL

JEFFREY R. LYNCH*
JEFFREY T. SCRIMO
SCOTT W. ELLIS *

*Also Admitted in CT

May 9, 2005

Berkshire County Superior Court
Attn: Deborah Capeless, Clerk of Courts
76 East Street
Pittsfield, Massachusetts 01201

    Re: Charles Haddad
    Vs: Peggy Kahn and Cipriani Accessories, Inc.   #05-131

Dear Ms. Capeless: *Debbie*

Enclosed for filing please find the following:

1. Complaint;

2. Civil Action Cover Sheet; and

3. Check in the amount of $275.00 representing the court's filing fee.

Thank you for your attention to this matter.

Very truly yours,

Thomas L. Campoli

TLC:acm
Encls.

cc: Chubb Group of Insurance Companies
    Attn: Ms. Leslie A. Shapiro,
    Senior Litigation Examiner
    One Financial Center
    Boston, Massachusetts 02111-2697
    Claim No. 040502098845

A True Copy
Deborah Capeless
Clerk

# Commonwealth of Massachusetts
## County of Berkshire
### The Superior Court



CIVIL DOCKET# BECV2005-00131-A

RE:   **Haddad v Kahn et al**

TO: Thomas L Campoli, Esquire
Campoli & Campoli
27 Willis Street
PO Box 1384
Pittsfield, MA 01202

## TRACKING ORDER - F TRACK

You are hereby notified that this case is on the **fast (F) track** as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 08/08/2005 |
| Response to the complaint filed (also see MRCP 12) | 10/07/2005 |
| All motions under MRCP 12, 19, and 20 filed | 10/07/2005 |
| All motions under MRCP 15 filed | 10/07/2005 |
| All discovery requests and depositions completed | 03/06/2006 |
| All motions under MRCP 56 served and heard | 04/05/2006 |
| Final pre-trial conference held and firm trial date set | 05/05/2006 |
| Case disposed | 07/04/2006 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**
This case is assigned to session **A** sitting in **Superior Court-2nd Floor at Berkshire Superior Court.**

Dated: 05/10/2005

Deborah S. Capeless
Clerk of the Courts

Location: Superior Court-2nd Floor
Telephone: (413) 499-7487

A True Copy
Attest: _____ Clerk

cvdtracf_2.wpd 293156 inidoc01 obrient

# Commonwealth of Massachusetts

BERKSHIRE, ss.                                          SUPERIOR COURT
                                                        CIVIL ACTION
                                                        No. BECV2005-00 31-A

..........Charles Haddad.........................................., Plaintiff(s)

v.

..Peggy Kahn and Cipriani Accessories, In Defendant(s)

## SUMMONS

To the above-named Defendant:    Peggy Kahn

You are hereby summoned and required to serve upon ........................................,
..................Thomas L. Campoli..................................
plaintiff's attorney, whose address is ....Campoli & Monteleone, 27 Willis Street......
............P.O. Box 1384, Pittsfield, MA 01202............................, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Pittsfield either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, BARBARA J. ROUSE, Esquire at Pittsfield, the ......26th............ day of ...May................, in the year of our Lord ................................... ....2005..................

                                                        CLERK.

*A True Copy*

NOTICE TO DEFENDANT—You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
(1) — TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) — EQUITABLE RELIEF — (5) — OTHER

Form - CIV. P. - 1 — 6-75 — 2500

PROOF OF SERVICE OF PROCESS

I hereby certify and return that on June 16 ,2005., I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5):

My 3rd attempt at the premises nobody was home. I taped the Summons and Complaint on the door. I then went to the post office and mailed a copy to the residence located at 467 Church Avenue, Cedarhurst NY 11557

Dated: June 17, 2005.    Jason Dincher

**N.B. TO PROCESS SERVER:—**

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

June 16, 2005.

A True Copy

Attest: Deborah Capeless
                              Clerk

COMMONWEALTH OF MASSACHUSETTS
BERKSHIRE, ss.
SUPERIOR COURT
CIVIL ACTION
No. BECV2005-00134-A

Charles Haddad, Plff(s).

v.

Peggy Kahn and Cipriani Accessories Inc, Deft(s).

SUMMONS
(Mass. R. Civ. P. 4)

TATE OF MASSACHUSETTS

THE COMMONWEALTH OF MASSACHUSETTS
BERKSHIRE, SS SUPERIOR COURT
FILED JUN 24 2005

SUPERIOR COURT
CIVIL ACTION
No. BECV2005-00131-A

*AFFIDAVIT OF SERVICE*

ACCESSORIES INC.,

TY OF NASSAU    SS. The undersigned, being duly sworn, erein, is over 18 years of age and resides in Hicksville, Nassau County.

at 407 Church Avenue, Cedarhurst, NY 11559 deponent served the gy Kahn therein named

copy of each to said respondent; deponent knew the person so served to be the person spondent

tion, by delivering a true copy thereat a true copy of each to personally, deponent knew said ed to be the corporation described in said as said respondent and knew said individual to be

[ ] SUITABLE AGE PERSON — by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is the respondent actual place of business — dwelling place – or unusual place of abode within the state.

[X] AFFIXING TO DOOR — by affixing a true copy of each to the door of said premises, which is respondent's actual dwelling place within the state. Deponent was unable, with due diligence to find respondent or a person of suitable age and discretion thereat, having called there
1. June 3, 2005 at 8:58am
2. June 9, 2005 at 8:37pm
3. June 16, 2005 at 9:00pm

[X] MAILING — On June 16, 2005 at approximately 10:25pm deponent enclosed a copy of same in a postpaid envelope properly addressed to respondent at respondents last known residence at 407 Church Avenue, Cedarhurst, NY 11559 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

DESCRIPTION
| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |
| | | ☐ White Hair | | | |
| | | ☐ Balding | | | |
| | | ☐ Mustache | | | |
| | | ☐ Beard | | | |
| | | ☐ Glasses | | | |

Other identifying features:

MILITARY  I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or the United States as that term is defined in either the State or in the Federal.

Sworn to before me on THIS 18TH DAY OF JUNE 2005

Jason Drucker

ANDREW BOVA
Notary Public, State of New York
No. 01BO6116456
Qualified in Nassau County
Commission Expires October 4, 20__

THE COMMONWEALTH OF MASSACHUSETTS
BERKSHIRE, S.S. SUPERIOR COURT

FILED JUN 24 2005

SUPERIOR COURT OF THE STATE OF MASSACHUSETTS
COUNTY OF BERKSHIRE
-------------------------------------------------------------------
CHARLES HADDAD,
        Plaintiff

V.

PEGGY KAHN and CIPRIANI ACCESSORIES INC.,
        Defendant
-------------------------------------------------------------------

SUPERIOR COURT
CIVIL ACTION
No. BECV2005-00131-A

*AFFIDAVIT OF SERVICE*

STATE OF NEW YORK, COUNTY OF NASSAU     SS. The undersigned, being duly sworn, deposes and says; is not a party herein, is over 18 years of age and resides in Hicksville, Nassau County.

That on June 16, 2005 at 9:00 pm at 407 Church Avenue, Cedarhurst, NY 11559 deponent served the Summons and Complaint on Peggy Kahn therein named

[ ] INDIVIDUAL    by delivering a true copy of each to said respondent; deponent knew the person so served to be the person described as said respondent

[ ] CORPORATION   a domestic corporation, by delivering a true copy thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in said as said respondent and knew said individual to be thereof.

[ ] SUITABLE AGE PERSON   by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is the respondent actual place of business – actual dwelling place – or unusual place of abode within the state.

[X] AFFIXING TO DOOR   by affixing a true copy of each to the door of said premises, which is respondents actual dwelling place within the state. Deponent was unable, with due diligence to find respondent or a person of suitable age and discretion thereat, having called there
1. June 3, 2005 at 8:58am
2. June 9, 2005 at 8:37pm
3. June 16, 2005 at 9:00pm

A True Copy
Attest: _____ Clerk

[X] MAILING   On June 16, 2005 at approximately 10:25pm deponent enclosed a copy of same in a postpaid envelope properly addressed to respondent at respondents last known residence at 407 Church Avenue, Cedarhurst, NY 11559 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

DESCRIPTION
□ Male  □ White Skin  □ Black Hair  □ 14-20 Yrs.  □ Under 5'  □ Under 100 Lbs.
□ Female  □ Black Skin  □ Brown Hair  □ 21-35 Yrs.  □ 5'0"-5'3"  □ 100-130 Lbs.
        □ Yellow Skin  □ Blonde Hair  □ 36-50 Yrs.  □ 5'4"-5'8"  □ 131-160 Lbs.
        □ Brown Skin  □ Gray Hair  □ 51-65 Yrs.  □ 5'9"-6'0"  □ 161-200 Lbs.
        □ Red Skin  □ Red Hair  □ over 65 Yrs.  □ Over 6'  □ Over 200 Lbs.
              □ White Hair
              □ Balding
              □ Mustache
              □ Beard
              □ Glasses

Other identifying features:

MILITARY I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or the United States as that term is defined in either the State or in the Federal.

Sworn to before me on THIS 18TH DAY OF JUNE 2005

Jason Drucker

ANDREW BOVA
Notary Public, State of New York
No. 01BO6116456
Qualified in Nassau County
Commission Expires October 4, 20__

# Commonwealth of Massachusetts

BERKSHIRE, ss.

SUPERIOR COURT
CIVIL ACTION
No. BECV2005-00131-A

Charles Haddad ........................................................, Plaintiff(s)

v.

Peggy Kahn and Cipriani Accessories, I<s>n</s>Defendant(s)

## SUMMONS

To the above-named Defendant:    Cipriani Accessories

You are hereby summoned and required to serve upon Thomas L. Campoli

plaintiff's attorney, whose address is CAMPOLI & MONTELEONE, 27 Willis Street P.O. Box 1384, Pittsfield, MA 01202 ................................, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Pittsfield either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, BARBARA J. ROUSE <s>ROBERT L. STEADMAN</s>, Esquire at Pittsfield, the 26th day of May, in the year of our Lord <s>one thousand nine hundred and</s> 2005.

A True Copy
Attest:
_____
Clerk

_____
CLERK.

NOTICE TO DEFENDANT—You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
(1) — TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) — EQUITABLE RELIEF — (5) — OTHER

Form - CIV. P. - 1 — 6-75 — 2500

PROOF OF SERVICE OF PROCESS

I hereby certify and return that on __June 16_____, 2005, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

My 3rd attempt at the premises nobody was home. I taped the Summon and Complaint on the door. I then went to the post office and mailed a copy to the residence located at 407 Church Avenue, Cedarhurst, NY 11559.

Dated: __June 17__, 2005.                    _Jason Orsul_

**N.B. TO PROCESS SERVER:—**

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

| June 16, 2005. |

COMMONWEALTH OF MASSACHUSETTS
BERKSHIRE, ss.
SUPERIOR COURT
CIVIL ACTION
No. BECV2005-00131-A

Charles Haddad, Plff(s).

v.

Peggy Kahn and Cipriani Accessories, Inc Deft(s).

SUMMONS
(Mass. R. Civ. P. 4)

A True Copy
Attest: _Deborah Stapless_
Clerk

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER | |

Received From:

JD Serves 4 U
17 East Old Country Rd Unit B Ph
Hicksville, N.Y. 11801

One piece of ordinary mail addressed to:

Cipriani Assessories Inc
c/o Steve Kahn
407 Church Avenue
Cedarhurst, N.Y. 11516

PS Form 3817, January 2001

A True Copy
Attest: Deborah Staples
          Clerk

THE COMMONWEALTH OF MASSACHUSETTS
BERKSHIRE, S.S. SUPERIOR COURT
FILED
JUN 24 2005
Deborah Capeless
SUPERIOR COURT

SUPERIOR COURT OF THE STATE OF MASSACHUSETTS
COUNTY OF BERKSHIRE

CHARLES HADDAD,
    Plaintiff

CIVIL ACTION
No. BECV2005-00131-A

V.

*AFFIDAVIT OF SERVICE*

PEGGY KAHN and CIPRIANI ACCESSORIES INC.,
    Defendant

-----------------------------------------------------------------

STATE OF NEW YORK, COUNTY OF NASSAU     SS. The undersigned, being duly sworn, deposes and says; is not a party herein, is over 18 years of age and resides in Hicksville, Nassau County.

That on June 16, 2005 at 9:00 pm at 407 Church Avenue, Cedarhurst, NY 11559 deponent served the Summons and Complaint on Cipriani Accessories (Steve Kahn) therein named

[ ] INDIVIDUAL      by delivering a true copy of each to said respondent; deponent knew the person so served to be the person described as said respondent

[ ] CORPORATION      a domestic corporation, by delivering a true copy thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in said as said respondent and knew said individual to be thereof.

[ ] SUITABLE AGE PERSON      by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is the respondent actual place of business – actual dwelling place – or unusual place of abode within the state.

[X] AFFIXING TO DOOR      by affixing a true copy of each to the door of said premises, which is respondents actual dwelling place within the state. Deponent was unable, with due diligence to find respondent or a person of suitable age and discretion thereat, having called there
1. June 3, 2005 at 8:58am
2. June 9, 2005 at 8:37pm
3. June 16, 2005 at 9:00pm

[X] MAILING      On June 16, 2005 at approximately 10:25pm deponent enclosed a copy of same in a postpaid envelope properly addressed to respondent at respondents last known residence at 407 Church Avenue, Cedarhurst, NY 11559 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

DESCRIPTION
- ☐ Male   ☐ White Skin   ☐ Black Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
- ☐ Female   ☐ Black Skin   ☐ Brown Hair   ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
-      ☐ Yellow Skin   ☐ Blonde Hair   ☐ 36-50 Yrs.   ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
-      ☐ Brown Skin   ☐ Gray Hair   ☐ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
-      ☐ Red Skin   ☐ Red Hair   ☐ over 65 Yrs.   ☐ Over 6'   ☐ Over 200 Lbs.
-           ☐ White Hair
-           ☐ Balding
-           ☐ Mustache
-           ☐ Beard
-           ☐ Glasses

Other identifying features:

**A True Copy**
Attest: Deborah Capeless
Clerk

MILITARY I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or the United States as that term is defined in either the State or in the Federal.

Sworn to before me on THIS 18th DAY OF JUNE 2005.

                                                                                         Jason Drucker

Andrew Bova

**ANDREW BOVA**
**Notary Public, State of New York**
No. 01BO6116456
**Qualified in Nassau County**
**Commission Expires October 4, 20__**

THE COMMONWEALTH OF MASSACHUSETTS
BERKSHIRE, S.S. SUPERIOR COURT

FILED JUN 2 4 2005

SUPERIOR COURT OF THE STATE OF MASSACHUSETTS
COUNTY OF BERKSHIRE

SUPERIOR COURT
CIVIL ACTION
No. BECV2005-00131-A

CHARLES HADDAD,
    Plaintiff

V.

*AFFIDAVIT OF SERVICE*

PEGGY KAHN and CIPRIANI ACCESSORIES INC.,
    Defendant

---

STATE OF NEW YORK, COUNTY OF NASSAU    SS. The undersigned, being duly sworn, deposes and says; is not a party herein, is over 18 years of age and resides in Hicksville, Nassau County.

That on June 16, 2005 at 9:00 pm at 407 Church Avenue, Cedarhurst, NY 11559 deponent served the Summons and Complaint on Cipriani Accessories (Steve Kahn) therein named

[ ] INDIVIDUAL    by delivering a true copy of each to said respondent; deponent knew the person so served to be the person described as said respondent

[ ] CORPORATION    a domestic corporation, by delivering a true copy thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in said as said respondent and knew said individual to be thereof.

[ ] SUITABLE AGE PERSON    by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is the respondent actual place of business – actual dwelling place – or unusual place of abode within the state.

[X] AFFIXING TO DOOR    by affixing a true copy of each to the door of said premises, which is respondents actual dwelling place within the state. Deponent was unable, with due diligence to find respondent or a person of suitable age and discretion thereat, having called there
1. June 3, 2005 at 8:58am
2. June 9, 2005 at 8:37pm
3. June 16, 2005 at 9:00pm

[X] MAILING    On June 16, 2005 at approximately 10:25pm deponent enclosed a copy of same in a postpaid envelope properly addressed to respondent at respondents last known residence at 407 Church Avenue, Cedarhurst, NY 11559 and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

DESCRIPTION
☐ Male  ☐ White Skin  ☐ Black Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin  ☐ Brown Hair  ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
    ☐ Yellow Skin  ☐ Blonde Hair  ☐ 36-50 Yrs.  ☐ 5'4"-5'8"  ☐ 131-160 Lbs.
    ☐ Brown Skin  ☐ Gray Hair  ☐ 51-65 Yrs.  ☐ 5'9"-6'0"  ☐ 161-200 Lbs.
    ☐ Red Skin  ☐ Red Hair  ☐ over 65
        ☐ White Hair
        ☐ Balding
        ☐ Mustache
        ☐ Beard
        ☐ Glasses

Other identifying features:

A True Copy Attest: [signature] Clerk

MILITARY I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or the United States as that term is defined in either the State or in the Federal.

Sworn to before me on THIS 18TH DAY OF JUNE 2005.

Jason Drucker

ANDREW BOVA
Notary Public, State of New York
No. 01BO6116456
Qualified in Nassau County
Commission Expires October 4, 20__

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES HADDAD, | ) |
|     Plaintiffs, | ) |
| v. | ) |
| | ) Civil Action No. 05-30154-MAP |
| PEGGY KAHN and | ) |
| CIPRIANI ACCESSORIES, INC., | ) |
|     Defendants | ) |

I hereby certify on 6/27/05 that the foregoing document is true and correct copy of the electronic docket in the captioned case electronically filed original filed on ___ original filed in my office on 6/27/05

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Mary Finn
Deputy Clerk

## DEFENDANTS' NOTICE OF REMOVAL

PEGGY KAHN and CIPRIANI ASSOCIATES, the defendants in the above-referenced matter (hereinafter "Defendants"), hereby give notice, pursuant to 28 U.S.C. §§ 1441 and 1446, of their removal of this matter to this Court from the Superior Court of Berkshire County, Massachusetts, sitting at Greenfield (hereinafter "Superior Court").

As grounds for removal, the defendants, by their undersigned counsel, state as follows:

1. This is an action of tort commenced by the Plaintiff, CHARLES HADDAD (hereinafter "Plaintiff"), in the Superior Court on or about May 10, 2005, arising from a motor vehicle collision that occurred in Great Barrington, Berkshire County, Massachusetts.

2. Copies of the following documents, representing all process, pleadings and orders served upon the defendants to date in the Superior Court proceeding, which is captioned and numbered, *Charles Haddad,, Plaintiff v. Peggy Kahn and Cipriani Associates,*

True Copy
_____
Clerk

*Defendants*, Civil Action No.: BECV2005-00131-A, are attached pursuant to 28 U.S.C. § 1446(a), and are incorporated herein by reference:

    a. Complaint;

    b. Civil Action Cover Sheet;

    c. Summonses with Acceptance of Service.

3. The plaintiff, CHARLES HADDAD alleges in his Complaint that he is a resident of Great Barrington, Berkshire County, Massachusetts.

4. The defendant, PEGGY KAHN, is an individual who resides in Cedarhurst, New York.

5. The defendant, CIPRIANI ASSOCIATES, INC. is a corporation with a principal office in Far Rockaway, New York.

6. The Plaintiff alleges in his Complaint that on September 27, 2002, he sustained injuries in an automobile accident involving the defendant, PEGGY KAHN that occurred in Great Barrington, Berkshire County, Massachusetts.

7. The Plaintiff's civil action cover sheet, filed with the Complaint, asserts damages in excess of three hundred thousand ($300,000) dollars, based on medical costs incurred in the approximate amount of seventeen thousand ($17,000) dollars, lost wages in the approximate amount of twenty-two thousand ($22,000) dollars, anticipated future medical expenses in the approximate amount of ten thousand ($10,000), and anticipated future loss of earnings of approximately twenty thousand ($20,000) dollars.

*A True Copy*
*Deborah S Capeless,*
*Clerk*

8. The summons and the complaint in this matter were served upon defendants on or about June 16, 2005.

9. This action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a) in that this Court possesses original diversity jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a)(1). This action is between citizens of different states. The claim involves an amount in controversy which may exceed the sum or value of Seventy-Five Thousand and 00/100 ($75,000.00) Dollars, exclusive of interest and costs, and there has already been an offer of settlement in excess of that sum.

10. In accordance with 28 U.S.C. § 1446(a), this Notice of Removal is signed pursuant to Fed. R. Civ. P. 11.

The defendants,
Peggy Kahn and Cipriani Accessories, Inc.

By: _____
John S. Ferrara, Esq.   - BBO No. 542078
Dalsey, Ferrara & Albano
73 State Street, Suite 101
Springfield, MA 01103
Tel. No. (413) 736-6971
Fax No. (413) 746-9224
June 27, 2005

A True Copy
Attest _____
Clerk

**CERTIFICATE OF SERVICE**

I, John S. Ferrara, Esq., hereby certify that I made service of the foregoing document, by mailing a copy of it, postage prepaid, to counsel for the plaintiff, Thomas Campoli, Esq. on this date, June 27, 2005.

_____
John S. Ferrara, Esq.

3

# CAMPOLI & MONTELEONE
ATTORNEYS AT LAW
27 WILLIS STREET, P.O. BOX 1384
PITTSFIELD, MASSACHUSETTS 01201
PHONE (413) 443-6485 FAX (413) 448-6233
www.campolilaw.com

THOMAS L. CAMPOLI
J. PERI CAMPOLI
ROBERT A. MONTELEONE, JR.

ANDREW T. CAMPOLI
OF COUNSEL

JEFFREY R. LYNCH*
JEFFREY T. SCRIMO
SCOTT W. ELLIS *

*Also Admitted in CT

June 23, 2005

Berkshire County Superior Court
Attn: Deborah Capeless, Clerk of Courts
76 East Street
Pittsfield, Massachusetts 01201

    Re:    Charles Haddad
    Vs:    Peggy Kahn and Cipriani Accessories, Inc.
    <u>Civil Action No. BECV2005-00131-A</u>

Dear Ms. Capeless:

Enclosed for filing please find the returns of service on the defendants. If you have any questions please call me.

Very truly yours,

Thomas L. Campoli

TLC:acm
Encls.

cc:    Chubb Group of Insurance Companies
    Attn: Ms. Leslie A. Shapiro,
    Senior Litigation Examiner
    One Financial Center
    Boston, Massachusetts 02111-2697
    Claim No. 040502098845

A True Copy
Attest: Deborah Capeless
    Clerk

## COMMONWEALTH OF MASSACHUSETTS
## SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

BERKSHIRE, ss.                                    Civil Action No. BECV2005-00131-A

CHARLES HADDAD,                       )
        Plaintiffs,                  )
v.                                    )
                                      )
PEGGY KAHN and                        )
CIPRIANI ACCESSORIES, INC.,           )
        Defendants                   )

## APPEARANCE

To the Clerk of Courts:

Please enter my appearance on behalf of the defendants in the above entitled matter.

                                The defendants,

                By: _____
                              John S. Ferrara, Esq.
                              Dalsey, Ferrara & Albano
                              73 State Street, Suite 101
                              Springfield, MA  01103
                              Tel. No. (413) 736-6971
                              Fax No. (413) 746-9224
                              BBO No. 542078

*A True Copy*
Attest: _____
                        Clerk

### PLAINTIFF'S CERTIFICATE OF SERVICE and COMPLIANCE

   I, John S. Ferrara, hereby certify that a true copy of the above document was served upon the attorney of record for each party by mailing same, postage prepaid, on June 27, 2005.

   Pursuant to Superior Court Standing Order No. 1-88, I certify that the above document is served within, or is not subject to the designated time standards for this case, or is filed by leave of the Regional Administrative Justice or his designee.

                              By: _____
                                    John S. Ferrara, Esq.

# DALSEY, FERRARA & ALBANO
Attorneys At Law
73 State Street, Suite 101
Springfield, MA 01103-2094

TELEPHONE (413) 736-6971 - FAX (413) 746-9224
E-mail: jsferrara@charter.net

John F. Dalsey
John S. Ferrara
Mark J. Albano

WRITER'S DIRCT DIAL NUMBER:
413-736-7235

June 27, 2005

Deborah S. Capeless, Clerk of Courts
Berkshire County Superior Court
Court House Building
76 East Street, Pittsfield, MA 01201

Re:   Larry F. Pularo, Executor of the Estate of Beverly Ann Pularo, and Larry F. Pularo
      v.    Gary H. Berson and Marc Berson;
      Civil Action No. 01-00097

Dear Clerk Capeless:

Enclosed please find my Appearance on behalf of the defendants, Peggy Kahn and Cipriani Accessories, Inc. in the above-entitled matter, and a certified and attested copy of a Notice of Removal of this matter filed with the United States District Court, Western District.

Federal Rules of the District Court, Rule 81.1, requires that I file certified copies of all "records and proceedings" in the state court and "a certified or attested copy of all docket entries in the state court." Would you please provide me with certified copies of all pleadings, filed documents, and the docket entry sheet at your earliest convenience. I am required to file those in the Federal District Court within thirty (30) days.

Thank you for your cooperation and assistance in this matter.

Very truly yours,

John S. Ferrara, Esq.

A True Copy
Attest: Deborah S. Capeless
Clerk

Encl.
cc:   Thomas Campoli, Esq.