UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES HADDAD,  )
         Plaintiffs,  )
v.  )
  )  Civil Action No.
PEGGY KAHN and  )
CIPRIANI ACCESSORIES, INC.,  )  05 CV 30154-MAP
         Defendants  )

**DEFENDANTS' ANSWER**
**with Demand For A Jury Trial**

PEGGY KAHN and CIPRIANI ACCESSORIES, INC., the Defendants in the above-referenced action, hereby respond, pursuant to Fed. R. Civ. P. 8, to the Plaintiff's Complaint, as follows:

1. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 1 of Plaintiff's Complaint.

2. The Defendants admit the averments contained in paragraph 2 of Plaintiff's Complaint.

3. The Defendants admit the averments contained in paragraph 3.

COUNT I

4. The Defendants admit the averments contained in paragraph 4.

5. The Defendants admit the averments contained in paragraph 5.

6. The Defendants deny the averments of paragraph 6.

7.  The Defendants deny the averments of paragraph 7.

## COUNT II

8.  The Defendants repeat their answers to the preceding numbered paragraphs of Plaintiff's Complaint, and incorporate same herein as if separately pled.

9.  The Defendants deny the averments of paragraph 9.

10. The Defendants deny the averments of paragraph 10.

## FIRST AFFIRMATIVE DEFENSE

The Plaintiff has failed to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

If the Plaintiff suffered injuries or damage as alleged, such injuries or damage was caused by a person or entity for whose conduct the Defendants were not legally responsible.

## THIRD AFFIRMATIVE DEFENSE

The Plaintiff was comparatively negligent and his negligence exceeded that of the Defendants, and thus he is not entitled to recover any sums for damages.

## FOURTH AFFIRMATIVE DEFENSE

The Plaintiff was comparatively negligent and the damages, if any, recovered by the Plaintiff from the Defendant(s) should be reduced in proportion to the comparative negligence of the Plaintiff, all in accordance with General Laws, Chapter 231, sec. 85.

## FIFTH AFFIRMATIVE DEFENSE

The Defendants are entitled to reduce any damages awarded to the Plaintiff by the amounts he has received in personal injury protection benefits, all pursuant to General Laws, Ch. 90, sec. 34M.

## SIXTH AFFIRMATIVE DEFENSE

The Defendants are entitled to a credit for any other insurance or collateral source benefits received by or available to the Plaintiff as a result of his alleged injuries and damages.

WHEREFORE, the Defendants request that the claims set forth in Counts I and II of the Plaintiff's Complaint be dismissed and that judgment be entered in their favor on those Counts, with their costs, attorney fees and expenses incurred in this action.

## DEMAND FOR TRIAL BY JURY

The Defendants demand a trial by jury on all issues raised herein.

The Defendants,

By: _____
John S. Ferrara, Esq.
Dalsey, Ferrara, Townsend & Albano
73 State Street, Suite 101
Springfield, MA 01103
Tel. No. (413) 736-6971
Fax No. (413) 746-9224
BBO No. 542078

## **CERTIFICATE OF SERVICE**

I, John S. Ferrara, hereby certify that a true copy of the above document was served upon the attorney of record for the Plaintiff by mailing same, postage prepaid, to Attorney Thomas L. Campoli, Campoli & Monteleone, 27 Willis Street, P.O. Box 1384, Pittsfield, MA 01201, on this date, July 18, 2005.

By: _____
John S. Ferrara, Esq.