UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES HADDAD, | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | Civil Action No. 3:05 cv 30154 |
| PEGGY KAHN and | ) | |
| CIPRIANI ACCESSORIES, INC., | ) | |
| Defendants | ) | |

## JOINT SCHEDULING CONFERENCE REPORT

A.   **Consultation of Counsel:**

Counsel for the parties have conferred pursuant to Fed. R. Civ. P. Rule 26(f) and offer the following:

1.   Agenda – The matters to be discussed at the pre-trial scheduling conference shall include:

   (a)   Scheduling of discovery;

   (b)   Disclosure of Experts;

   (c)   Trial by Magistrate; and

   (d)   Settlement Offers.

2.   Pre-Trial Schedule for Discovery –

   (a)   All Rule 26(a) disclosures to be served by **September 30, 2005**.

    (b)    All paper discovery shall be served on or before **November 30, 2005**, and all responses thereto shall be due on the date when such responses are due under the applicable rule of procedure.

    (c)    Depositions of non-expert witnesses shall be completed by **April 14, 2006**.

    (d)    Plaintiff shall disclose expert witnesses and testimony pursuant to Fed. R. Civ. P. 26(a)(2) no later than **May 26, 2006**.

    (e)    Defendants shall disclose expert witnesses and testimony no later than **May 26, 2006**.

    (f)    Expert depositions shall be completed by **June 30, 2006**.

3.    <u>Motions</u>

    (a)    All motions for summary judgment must be filed and served by **July 24, 2006**, and all oppositions must be filed and served by **August 17, 2006**.

    (b)    All motions *in limine*, shall be filed at least six (b) business days prior to trial.

4.    <u>Trial By Magistrate Judge</u>

All parties consent to trial by Magistrate Judge.

B. **Settlement Proposals**

The parties will discuss settlement and alternative dispute resolution after completion of written discovery and depositions of fact witnesses to avoid costs associated with expert witness discovery.

C. **Joint Statement**

Discovery shall take place in accordance with the scheduling set forth in Paragraph A(2) herein, unless otherwise ordered by the Court. The parties do not feel that it is necessary to conduct phased discovery. Counsel shall separately file certifications that they have conferred with their clients regarding the costs of litigation and the use of alternative dispute resolution.

The defendants,

By: _____
John S. Ferrara, Esq.
Dalsey, Ferrara, & Albano
73 State Street, Suite 101
Springfield, MA 01103
Tel. No. (413) 736-6971
Fax No. (413) 746-9224
BBO No. 542078

The plaintiff,

By: _____
Thomas L. Campoli, Esq.
Compoli and Monteleone
27 Willis Street,
Pittsfield, MA 01202
Tel. No. (413) 443-6485
Fax No. (413) 448-6233