UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES HADDAD,            )
                Plaintiff  )
                           )
                           )
       v.                  )    Civil Action No. 05-30154-KPN
                           )
                           )
PEGGY KAHN, et al.,        )
                Defendants )

SCHEDULING ORDER
September 21, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All written discovery shall be served by November 30, 2005.

2. Non-expert depositions shall be completed by April 14, 2006.

3. Counsel shall appear for a case management conference on April 17, 2006, at 11:00 a.m. in Courtroom Three.

4. The parties shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by May 26, 2006.

5. All expert depositions shall be completed by June 30, 2006.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge