UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES HADDAD, )
       Plaintiff )
)
v. )   Civil Action No. 05-30154-KPN
)
)
)
)
PEGGY KAHN, et al., )
       Defendants )

SCHEDULING ORDER
April 17, 2006

NEIMAN, C.M.J.

The following schedule was established at the case management conference this day:

1. All written discovery shall be completed by July 31, 2006.

2. The depositions of Defendants' experts, if any, shall be completed by August 31, 2006.

3. Trial shall commence on October 10, 2006, at 9:00 a.m.

4. Counsel shall appear for a final pretrial conference on September 29, 2006, at 2:00 p.m. in Courtroom Three.  Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

                                            /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            Chief Magistrate Judge

Case 3:05-cv-30154-KPN    Document 11    Filed 04/17/2006    Page 2 of 2