UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES HADDAD,<br>　　　　　Plaintiffs,<br>v.<br><br>PEGGY KAHN and<br>CIPRIANI ACCESSORIES, INC.,<br>　　　　　Defendants | )<br>)<br>)<br>)  Civil Action No. 3:05 cv 30154<br>)<br>)<br>)<br>) |

STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel of record, hereby stipulate and agree that the above-entitled action, including all counterclaims and cross-claims, is hereby dismissed with prejudice without costs to any party. All rights of appeal are hereby waived.

The defendants,

By: ___/s/ John S. Ferrara___
John S. Ferrara, Esq.
Dalsey, Ferrara, & Albano
73 State Street, Suite 101
Springfield, MA 01103
Tel. No. (413) 736-6971
Fax No. (413) 746-9224
BBO No. 542078

October 5, 2006

The plaintiff,

By: ___/s/ Thomas L. Campoli___
Thomas L. Campoli, Esq.
Compoli and Monteleone
27 Willis Street,
Pittsfield, MA 01202
Tel. No. (413) 443-6485
Fax No. (413) 448-6233